UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

SALLY NIEVES,

                                   Plaintiff,

-against-

CITY OF NEW YORK, POLICE OFFICER BRIAN
MULLARKEY, TAX I.D. 949376, and POLICE OFFICERS
JOHN DOES 1-5,

                                   Defendants.
---------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

13 CV 4592 (SLT)(SMG)

**WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

    1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Goldberg & Allen, LLP
*Attorneys for Plaintiff*
49 West 37th Street
New York, NY 10018
212-766-3366

By _____
Gerald G. Allen
*Attorney for Plaintiff*

Dated: New York, New York
May 13, 2014

ZACHARY W CARTER
Corporation Counsel of the
City of New York
*Attorney for Defendants City and Mullarkey*
100 Church Street, Rm. 3-310
New York, New York 10007

By _____
Nicholas Melissinos
*Assistant Corporation Counsel*

SO ORDERED:

s/SLT

/HON. SANDRA L TOWNES
UNITED STATES DISTRICT JUDGE

2